General Complaint

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

APR 0 5 2021

Clerk, U.S. District Court
Eastern District of Texas

*Tiesha D. Ison*

Case Number: 4:21cv275

VS. *Infinity County Mutual* ~~*Infinity Auto*~~ *Insurance*
*Kemper Auto*

List the full name of each plaintiff in this action.

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

  Please answer the following concerning your attempt to secure counsel.

  A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

   1. Employ Counsel
   2. Court - Appointed Counsel
   3. Lawyer Referral Service of the State Bar of Texas,
      P. O. Box 12487, Austin, Texas 78711.

  B. List the name(s) and address(es) of the attorney(s):

   *N/A*

C. Results of the conference with counsel:

N/A

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____ Yes __X__ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

N/A

1. Approximate file date of lawsuit: N/A

2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

N/A

4. Docket number in other court. N/A

5. Name of judge to whom the case was assigned.

N/A

6. Disposition: Was the case dismissed, appealed or still pending?

N/A

7. Approximate date of disposition. N/A

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

Pla #1 Kyesha D. Tsam

539 W. Commerce St., STE #3279

Dallas, TX 75208

Pla #2 _____

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Infinity County Mutual Insurance;
Kemper; Legal Department;
2201 4th Avenue North Birmingham,
AL, 35203

Dft #2: _____

Dft #3 _____

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Infinity County Mutual Insurance; Kemper Auto Adjuster Quentin Newsome claimed to have sent an auto property damage payment claim #: 2100000401 based on estimate from photos and a short video, and traffic lights at the scene of the accident on Jan. 1, 2021. In, an email I received, March 5, 2021, The check was sent and should arrive 5-7 days. And, I don't believe a check was sent from the Kemper Auto/Infinity Insurance Company Claims Department.

V.   Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

The Auto Adjuster Quentin Newsome at Kemper claimed to have sent me only the auto repair check, which still has been received, I'd like the courts sue the insurance company for failure to send the property damage check in a timely fashion, which is non payment, and someone committing insurance fraud.

Signed this __31__ day of __March__, 20 _21_.
           (Month)              (Year)

Tyesha D. Tsun
539 W. Commerce St,
STE # 3279, Dallas, TX
75208

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __March 31, 2021__
                   Date

_____
Signature of each plaintiff

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

I want to pay for responsibilities such as housing, food, insurance, phone, etc.

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case. I believe that I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)

_____
Signature of Applicant