# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TYESHA N. ISOM | § |
| | § Civil Action No. 4:21-CV-275 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| INFINITY COUNTY MUTUAL | § |
| INSURANCE KEMPER AUTO | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 20, 2021, the report of the Magistrate Judge (Dkt. #11) was entered containing proposed findings of fact and recommendations that Plaintiff Tyesha N. Isom's claims against Defendant Infinity County Mutual Insurance Kemper Auto be dismissed without prejudice under Federal Rules of Civil Procedure 4(m) and 41(b). Plaintiff acknowledged receipt of the report on July 23, 2021 (Dkt. #12).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Tyesha N. Isom's claims against Defendant Infinity County Mutual Insurance Kemper Auto are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
**SIGNED this 31st day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE